IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE WASHINGTON, | 1:08-cv-00275-OWW-SMS (PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| A. AGUIRRE, et al., | (DOCUMENT #14) |
|     Defendants. | THIRTY DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2008, plaintiff filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

**Dated:   May 9, 2008**          /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE