IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE WASHINGTON, | 1:08-cv-00275-OWW-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 11) |
| A. AGUIRRE, et al., | ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |
| Defendants. | |
| _____/ | |

Tracye Washington ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 16, 2008, findings and recommendations were entered, recommending that plaintiff's motion for a preliminary injunction of March 26, 2008 be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. After being granted an extension of time, plaintiff filed timely objections to the findings and recommendations on June 4, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 16, 2008, are adopted in full; and

2. Plaintiff's motion for a preliminary injunction, filed March 26, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   June 20, 2008**           /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE