IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE WASHINGTON, | 1:08-cv-00275-OWW-SMS-PC |
| Plaintiff, | ORDER VACATING JUDGMENT<br>(Doc. 18.) |
| vs. | ORDER DIRECTING CLERK TO |
| A. AGUIRRE, et al., | RE-OPEN CASE AND CORRECT THE DOCKET |
| Defendants. | |
| _____/ | |

Tracye Washington ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 23, 2008, the court issued an order adopting the findings and recommendations of April 16, 2008 and denying plaintiff's motion for a preliminary injunction.  (Doc. 17.)  However, part of the order was erroneously entitled "Order Dismissing Action and Directing Clerk to Close Case."  As a result, judgment was erroneously entered in this action on June 23, 2008 and the case was closed.  (Doc. 18.)

Under Rule 60, the court may relieve a party from a final judgment due to mistake, inadvertence, surprise, or excusable neglect.  Fed. R. Civ. P. 60(b).  Therefore, pursuant to Rule 60(b), the court shall vacate the judgment which was entered in this action and correct the record.  Plaintiff is advised that her case is not dismissed and remains pending at this court.

Accordingly, IT IS HEREBY ORDERED that:

1.      This case is not dismissed and remains pending at this court;

1

2. The judgment entered in this action on June 23, 2008, is VACATED in its entirety; and

3. The Clerk of Court is DIRECTED to re-open this case and make the appropriate corrections to the docket.

IT IS SO ORDERED.

**Dated:   June 24, 2008**                              /s/ Oliver W. Wanger
                                                                          UNITED STATES DISTRICT JUDGE