IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE WASHINGTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>A. AGUIRRE, et al.,<br><br>    Defendants.<br>_____/ | 1:08-cv-00275-OWW-SMS-PC<br><br>ORDER RESPONDING TO REQUEST TO REOPEN CASE AND RESUME LITIGATION<br>(Doc. 22. resolved) |

Tracye Washington ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 27, 2008. (Doc. 1.) On June 3, 2009, plaintiff filed a request for the court to re-open this case and resume litigation. (Doc. 22.)

Plaintiff states that he believes this case was not re-opened pursuant to the court's order of June 24, 2008, which vacated the Clerk's judgment entered on June 23, 2008. Plaintiff is concerned because he has not heard from the court recently, and he requests the court to allow him to litigate this action. Plaintiff points out that this case has been pending for over two years and the complaint has not been served on defendants.

Plaintiff's case was re-opened on June 24, 2008, pursuant to the court's order entered on that date. (Doc. 20.) This action currently proceeds on the amended complaint filed by plaintiff on April

1

1  16, 2008, which awaits the court's mandatory screening.  (Doc. 13.)   The court is required to screen
2  complaints brought by prisoners seeking relief against a governmental entity or officer or employee
3  of a governmental entity.  28 U.S.C. § 1915A(a).   The court screens complaints in the order in
4  which they are filed and strives to avoid delays whenever possible.  However, there are hundreds of
5  prisoner civil rights cases presently pending before the court, and delays are inevitable despite the
6  court's best efforts.  With respect to service, the court will, *sua sponte*, direct the United States
7  Marshal to serve the complaint only after the court has screened the complaint and determined that it
8  contains cognizable claims for relief against the named defendants.
9      Plaintiff can rest assured that he will receive all orders issued in his case as long as he keeps
10 the court apprised of his current address.
11     Plaintiff's request is hereby RESOLVED by this order.

14 IT IS SO ORDERED.
15 **Dated:    June 8, 2009**                     /s/ **Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE