# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE WASHINGTON, | CASE NO. 1:08-cv-00275-SMS PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT TRUSTWORTHY |
| v. | |
| A. AGUIRRE, et al., | (Docs. 38 and 40) |
| Defendants. | Unenumerated Rule 12(b) Motion Deadline–05/23/2010 |
| | Deadline to Amend Pleadings–09/23/2010 |
| | Discovery Cut-Off Date–11/23/2010 |
| | Dispositive Motion Deadline–01/31/2011 |

Defendant Trueworthy filed an answer to Plaintiff's Second Amended Complaint on April 30, 2010. Accordingly, application of the discovery and scheduling order filed on March 23, 2010, is extended to Defendant Trueworthy.

IT IS SO ORDERED.

**Dated:   May 3, 2010**          /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE

1