# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE WASHINGTON, | 1:08-cv-00275-GBC PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO CLARIFY STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| A. AGUIRRE, et. al., | (Doc. 53) |
| Defendants. | TWENTY-DAY DEADLINE |

Tracye Washington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Doc. 1.) This action was filed on February 27, 2008 naming Defendants Trueworth, D. Wattree, A. Aguirre, and Bascadillo. Defendants Trueworth, D. Wattree, and A. Aguirre filed an answer on April 30, 2010. (Doc. 40.) On September 23, 2010, a stipulation for voluntary dismissal was filed by Defendants Trueworth, D. Wattree, and A. Aguirre. (Doc. 53.)

As of the date of filing of the stipulation to dismiss, Defendant Bascadillo had not been served with process and he is not represented by Trueworth, Wattree, and Aguirre's counsel. (Doc. 48.) It is unclear if the parties are seeking dismissal of the entire action or dismissal as to Defendants Aguirre, Trueworthy, and Wattree only.

1

1       Accordingly, the parties are HEREBY ORDERED to notify the Court within twenty (20)
2 days whether they intend to dismiss the case in its entirety or only dismiss Defendants Aguirre,
3 Trueworthy, and Wattree.  The failure to respond to this order will result in dismissal of this
4 action in its entirety, with prejudice.
5 IT IS SO ORDERED.

6 Dated:   October 5, 2010

7                                                 UNITED STATES MAGISTRATE JUDGE